**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**DAVID J. LECHIARA,**

    **Petitioner,**

**v.**                                                              **Civil Action No. 1:07cv14
Criminal Action No. 1:05cr39
(Judge Keeley)**

**UNITED STATES OF AMERICA,**

    **Respondent.**

## ORDER GRANTING EXTENSION OF TIME

Upon due consideration, the petitioner's motion for extension of time in which to reply to the Government's response to his § 2255 motion (dckt. 11/90) is **GRANTED**. The petitioner shall have forty-five (45) days from the date of this order, or until **August 24, 2007**, to file his reply.

IT IS SO ORDERED.

The Clerk is directed to send copies of this Order to the pro se petitioner and counsel of record.

DATED: July 12, 2007.

                                                                     /s *John S. Kaull*
                                                                     JOHN S. KAULL
                                                                     UNITED STATES MAGISTRATE JUDGE